```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 07682
    JUDITH E VANKIRK
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-0783

-------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/29/06 and confirmed on 10/27/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  16880.00 .

    4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------
LAKE COUNTY CIRCUIT COUR  CHILD SUPPORT  NOT FILED           .00           .00
UNIVERSITY OF PHOENIX     UNSECURED      NOT FILED           .00           .00
CAPITAL ONE BANK          UNSECURED         392.66           .00        392.66
FIRST NATIONAL BANK MARI  UNSECURED      NOT FILED           .00           .00
PREMIER BANKCARD/CHARTER  UNSECURED         387.15           .00        387.15
HEIGHTS FINANCE CORP      UNSECURED        3357.39           .00       3357.39
ECAST SETTLEMENT CORPORA  UNSECURED         396.46           .00        396.46
ECAST SETTLEMENT CORPORA  UNSECURED         420.23           .00        420.23
ECAST SETTLEMENT CORPORA  UNSECURED         434.70           .00        434.70
PAY DAY HALF PRICE LOANS  UNSECURED      NOT FILED           .00           .00
T MOBILE USA              UNSECURED         100.61           .00        100.61
UNITED CASH LOANS         UNSECURED      NOT FILED           .00           .00
AFNI/VERIZON              UNSECURED         509.05           .00        509.05
CAPITAL ONE BANK          UNSECURED        1081.99           .00       1081.99
CAPITAL ONE BANK          UNSECURED         313.24           .00        313.24
PORTFOLIO RECOVERY ASSOC  UNSECURED        3296.09           .00       3296.09
REWARDS 660               UNSECURED         550.31           .00        550.31
ECAST SETTLEMENT CORPORA  UNSECURED         510.98           .00        510.98
ECAST SETTLEMENT CORPORA  UNSECURED         733.70           .00        733.70
RESURCENT CAPITAL SERVIC  UNSECURED         593.34           .00        593.34
-------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------
        Summary of disbursements:
-------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
-------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00           .00     13077.90        .00      13077.90
PRINCIPAL PAID         .00           .00     13077.90        .00      13077.90
INTEREST PAID          .00           .00          .00        .00           .00
```

```
TOTAL PAID                            .00          .00    13077.90          .00    13077.90
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC        , was allowed $   3000.00 and was paid $   3000.00 .

The Trustee received $     779.18 .

Refunds to the Debtor totaled $     22.92 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/09/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE